# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVIA D. LONG,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | Civil Action No. 08-1787 |

## ORDER

AND NOW, this 30th day of July, 2010, upon consideration of the plaintiff's Motion in Support of Review, and after review of the Supplemental Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, for the reasons provided in the accompanying Memorandum, it is hereby ORDERED that:

1. The Supplemental Report and Recommendation is APPROVED and ADOPTED

2. Plaintiff's Motion in Support of Review (docket no. 9) is GRANTED insofar as plaintiff requests a remand;

3. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with this Memorandum and Order.

# JUDGMENT

AND NOW, this 30th day of July, 2010, in accordance with *Kadelski v. Sullivan*, 30 F.3d 399 (3d Cir.1994), and Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED that JUDGMENT is entered REVERSING the final decision of the Commissioner of Social Security and REMANDING the matter to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with United States Magistrate Judge Lynne A. Sitarski 's Supplemental Report and Recommendation, as supplemented by my Memorandum and Order of today approving and adopting the Supplemental Report and Recommendation.

BY THE COURT:

/S/ Louis H. Pollak
Pollak, J.